# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

United States of America
v.
Ali Shahban Mehmood

Defendant(s)

Case No. 1:26mj253

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 29, 2026 and August 4, 2026 in the county of Guilford in the Middle District of North Carolina, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 922(o) | Transfer or possession of a machine gun |

This criminal complaint is based on these facts:

SEE ATTACHED NARRATIVE

☑ Continued on the attached sheet.

/S/ Alyson Halonen, Special Agent
*Complainant's signature*

/S/ Alyson Halonen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/05/26

*Judge's signature*

City and state: Greensboro, NC

C. Patrick Auld
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Alyson Halonen, an ATF Special Agent being duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an investigative or law enforcement officer of the United States, within the meaning of Title 21, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 21, United States Code.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since August of 2022. I am currently assigned to the Charlotte Field Division, Greensboro I Field Office. I am a graduate of the Federal Law Enforcement Training Center (FLETC) Criminal Investigator Training Program, as well as the ATF National Academy, where I received extensive training in the investigation of firearms, controlled substances, arson and explosives offenses. Prior to my career with ATF, I worked for the Wilmington Police Department in North Carolina for approximately four years as a patrol officer. I am a graduate of the University of North Carolina at Wilmington as of 2014, with a Bachelor of Arts Degree in Criminology.

3. As a law enforcement officer, I have used and/or participated in a variety of methods investigating firearms and narcotics related crimes,

including, but not limited to, visual surveillance, witness interviews, the use of search warrants, confidential informants, undercover agents, pen registers/trap and trace devices, and mobile tracking devices. Based upon information gained through this investigation and others pertaining to firearms and narcotic trafficking activities of the participant in this investigation, I am familiar with the ways firearm and narcotic traffickers conduct their business. My familiarity includes the various means and methods by which firearm and narcotic traffickers acquire and distribute firearms and narcotics, their use of cellular telephones, and their use of vehicles in furtherance of firearms and narcotics trafficking and money transactions.

## PURPOSE OF AFFIDAVIT

4. This affidavit is made in support of an application for a criminal complaint for Ali Shahban MEHMOOD.

5. I have probable cause to believe that MEHMOOD did transfer or possess a machine gun in violation of Title 18, U.S.C § 922(o).

## THE INVESTIGATION – FACTUAL BACKGROUND

6. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth facts

that I believe are necessary to establish probable cause for violation of federal criminal offense, specifically Title 18, U.S.C § 922(o): Transfer or possession of machine gun.

## PROBABLE CAUSE

7. In the month of June 2026, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) received information related to a male with the nick name "Blanquito" who selling firearms. ATF conducted a criminal investigation into "Blanquito" regarding violations of 18 United States Code Section 922(o) transfer or possession of a machinegun.

8. In the beginning of July 2026, ATF was provided information through an interview with Josiah Jackson, that a male by the name of "AK" was selling Glock switches also known as machine-gun conversion devices (MCD). A search of "AK" through the cell phone of Jackson identified the phone number as 336-491-4356. Law enforcement database identified 336-491-4356 associated with Ali MEHMOOD. A pawn slip ticket from USA Pawn on December 7, 2025 showed Ali MEHMOOD with a phone number of 336-491-4356 and an address of 415 Janice Dr, High Point, NC 27263.

9. On July 16, 2026, the Federal Bureau of Investigation (FBI) advised ATF that they had received a tip related to MEHMOOD. The tip states that there was advertising related to the sale of machine gun conversion devices online. The tip advised that they saw a video from a Tiktok account known as

"akfades" that was advertising the conversion devices and decided to report it in the interest of public safety.

10. An open source search of Tiktok showed "akfades" with what appear to be multiple machine gun conversion devices on their page.







11. During the investigation, the ATF Greensboro Field Office utilized an ATF Confidential Informant (herein identified as CI) to conduct conversation with MEHMOOD. On July 17, 2026, the CI messaged the Tik Tok account "akfades" to purchase machine gun conversion devices further referred

to as MCD. MEHMOOD advised it was $400 for 2 MCD's. Throughout July 17-July 23, 2026, conversation between MEHMOOD and the CI continued.

12. Electronic payment of $400 was provided to MEHMOOD for two MCD's. MEHMOOD provided a phone number for his Zelle account as the previously identified phone number of 336-491-4356. MEHMOOD provided the CI with a picture of a board of MCD's to allow the CI to choose a color.







13. Once MEHMOOD was provided with the address for shipping, he

advised the CI that he lived in the Greensboro area and could give the CI the MCD's in person. MEHMOOD then advised the CI had 100 MCD's en route to him and provided tracking information for same. MEHMOOD advised the CI to text him on the number previously identified as 336-491-4356. Contact was made with MEHMOOD via that number.






14. On July 27, 2026, the CI reached out to MEHMOOD for an update on the arrival of the MCD's. MEHMOOD provided another screen shot of the tracking shipment that showed out for delivery on July 27, 2026 to a High Point, NC location. MEHMOOD also advised he had more packages on the way.







15. On July 28, 2026, a trash pull was conducted at 415 Janice Dr,

High Point, NC 27263. Located in the trash was a take out bag with a label identified with “20034 Ali” on it. The label provided a date and time of July 23, 2026, at approximately 10:42 pm.




16. On July 29, 2026, MEHMOOD agreed to meet the CI at a deal location in High Point, NC and sell the CI two MCDs. MEHMOOD arrived to the deal location in a burgundy-colored Toyota Camry bearing NC registration plate of WAH-6722. The Toyota Camry has been identified on multiple dates

at the residence of 415 Janice Dr, Hight Point, NC. MEHMOOD provided the CI with two gold MCDs (Glock switches pictured below). After the completion of the deal, MEHMOOD was positively identified by the CI after being shown a NC Driver's license picture.

17. On August 4, 2026, ATF Agents and TFO's conducted surveillance on the residence of MEHMOOD located at 415 Janice Dr, High Point, NC. ATF Confidential Informant (CI) contacted MEHMOOD to purchase addition MCDs (Glock switches). MEHMOOD advised the CI could purchase five (5) MCD's for one thousand dollars ($1,000). The CI advised MEHMOOD he would be sending someone else to pick up the MCD's at the agreed upon deal location. An ATF Undercover Agent, further referred to as UC-1, arrived at the deal location to meet MEHMOOD.



18. Surveillance units observed MEHMOOD leave the residence of 415 Janice Dr, High Point, NC and drive straight to the deal location. MEHMOOD provided UC-1 with five (5) MCD's (pictured below) in exchange for one-thousand dollars. MEHMOOD advised UC-1 he could put the MCD's directly on the firearms or provide videos of how to do same.



19. MEHMOOD was surveilled back to 415 Janice Dr, High Point, NC in the burgundy Camry.

20. A preliminary examination identified that the MCD's bare no serial number as required by 26 U.S.C. § 5842.

21. On August 4, 2026, ATF Special Agents confirmed with the Firearms and Ammunition Technology Branch (FATD) that the MCD's purchased from MEHMOOD were consistent in design, feature, and characteristics to other MCD's that have received official determinations.

22. I have queried MEHMOOD as well as his residence address (415

Janice Dr, High Point) through the ATF Federal Licensing System to determine if he has ever obtained a Federal Firearms License (FFL). I was able to confirm that MEHDMOOD does not possess any license which would allow him to manufacture, deal, or import firearms. MEHMOOD is not listed as a responsible person for any Federal Firearms License (FFL).

23. I have queried MEHMOOD as well as his residence address (415 Janice Dr, High Point) through the ATF National Firearms Registration and Transfer Record (NFRTR) database to determine if he has any NFA firearms registered with the National Firearms Act. MEHMOOD does not have any firearms registered in the NFRTR.

## CONCLUSION

24. Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that on July 29 and August 4, 2026, within the Middle District of North Carolina, Ali MEHMOOD committed the following criminal offense: Transfer or possession of machine gun in violation of Title 18, U.S.C § 922(o).

Respectfully submitted,

/S/ *Alyson Halonen*
Alyson Halonen
Bureau of Alcohol, Tobacco,
Firearms and Explosives

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this written affidavit in accordance with the requirements of the Fed. R. Crim. P. 4.1.

Date: August 5, 2026

City and State: ___Greensboro___, North Carolina

______________________________
L. Patrick Auld
United States Magistrate Judge
Middle District of North Carolina